IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ASBESTOS PRODUCTS

LIABILITY LITIGATION (NO. VI)

This Document Relates to:                           Civil Action No.: MDL 875

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NORMAND BLIER, JR., EXECUTOR FOR THE ESTATE OF NORMAND BLIER, ET AL.** | Civil Action No.: 3:00 CV 02187 (CFD) |
|     **PLAINTIFFS** | |
| **VS.** | |
| **JOHN CRANE, INC. and VIACOM, INC., SUCCESSOR IN INTEREST BY MERGER TO CBS CORPORATION FKA WESTINGHOUSE ELECTRIC CORP., PENN.** | **JANUARY 5, 2004** |
|     **DEFENDANTS** | |

**PLAINTIFF'S MOTION TO DISMISS**

Pursuant to the provisions of Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Plaintiff, **HENDERSON BENDOLPH & RUBY BENDOLPH**, hereby moves that this action, insofar as it relates to **Defendant VIACOM, INC., SUCCESSOR IN INTEREST BY MERGER TO CBS CORPORATION FKA WESTINGHOUSE ELECTRIC COPR., PENN.,** be

dismissed with prejudice and without costs.  Defendants have no objection to the granting of this

Motion.

                                  THE PLAINTIFF(S),


               By: _____
                     Lindalea P. Ludwick, Esq.
                     Early, Ludwick & Sweeney, L.L.C.
                     P. O. Box 1866
                     New Haven, CT 06508-1866
                     (203) 777-7799
                     Federal Bar No. ct 20906


                     THE DEFENDANT,
                     VIACOM INC., SUCCESSOR BY MERGER
                     TO CBS CORPORATION f/k/a
                     WESTINGHOUSE ELECTRIC
                     CORPORATION


               By:_____
                   Thomas F. Maxwell, Jr. (ct00132)
                   Pullman & Comley, LLC
                   850 Main Street, P.O. Box 7006
                   Bridgeport, CT  06601-7006
                   Telephone: (203) 330-2000
                   Facsimile (203) 576-8888
                   E-mail: tmaxwell@pullcom.com

CERTIFICATION

      This is to certify that a copy of the foregoing Motion was sent via U.S. Mail, postage prepaid, to all counsel of record this 5th day of January, 2004.

Lindalea P. Ludwick, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, P.O. Box 1866
New Haven, CT 06508-1866

Lois Ann Frankforter, Esq.
Law Office of Michael Brodinsky
2750 Dixwell Avenue
P.O. Box 187289
Hamden, CT 06518

                                                                                 _____
                                                                                 Thomas F. Maxwell, Esq.

BPRT/58211.100/TXM/502244v1