IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE ASBESTOS PRODUCTS

LIABILITY LITIGATION (NO. VI)

This Document Relates to:                    Civil Action No.: MDL 875

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

**NORMAND BLIER, JR., EXECUTOR FOR**          Civil Action No.: 3:00 CV 02187 (CFD)
**THE ESTATE OF NORMAND BLIER, ET AL.**

    **PLAINTIFFS**

VS.

**JOHN CRANE, INC. and VIACOM, INC.,**
**SUCCESSOR IN INTEREST BY MERGER TO**
**CBS CORPORATION FKA WESTINGHOUSE**          JANUARY 5, 2004
**ELECTRIC CORP., PENN.**

    **DEFENDANTS**

**PLAINTIFF'S MOTION TO DISMISS**

Pursuant to the provisions of Rule 41 (a)(2) of the Federal Rules of Civil Procedure,

Plaintiff, **EDITH JAHNE, ADMINISTRATRIX FOR THE ESTATE OF EMIL JAHNE AND**

**EDITH JAHNE INDIVIDUALLY AS THE WIDOW OF EMIL JAHNE,** hereby moves that

this action, insofar as it relates to **Defendant VIACOM, INC., SUCCESSOR IN INTEREST BY**

**MERGER TO CBS CORPORATION FKA WESTINGHOUSE ELECTRIC COPR., PENN.,**

be dismissed with prejudice and without costs.  Defendants have no objection to the granting of this Motion.

                THE PLAINTIFF(S),

By: _____
    Lindalea P. Ludwick, Esq.
    Early, Ludwick & Sweeney, L.L.C.
    P. O. Box 1866
    New Haven, CT 06508-1866
    (203) 777-7799
    Federal Bar No. ct 20906

THE DEFENDANT,
VIACOM INC., SUCCESSOR BY MERGER
TO CBS CORPORATION f/k/a
WESTINGHOUSE ELECTRIC
CORPORATION

By:_____
    Thomas F. Maxwell, Jr. (ct00132)
    Pullman & Comley, LLC
    850 Main Street, P.O. Box 7006
    Bridgeport, CT  06601-7006
    Telephone: (203) 330-2000
    Facsimile (203) 576-8888
    E-mail: tmaxwell@pullcom.com

CERTIFICATION

       This is to certify that a copy of the foregoing Motion was sent via U.S. Mail, postage prepaid, to all counsel of record this 5th day of January, 2004.

Lindalea P. Ludwick, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, P.O. Box 1866
New Haven, CT 06508-1866

Lois Ann Frankforter, Esq.
Law Office of Michael Brodinsky
2750 Dixwell Avenue
P.O. Box 187289
Hamden, CT 06518

                                                _____
                                                Thomas F. Maxwell, Esq.

BPRT/58211.100/DALLEGRA/502375v1