**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE ASBESTOS PRODUCTS**

**LIABILITY LITIGATION (NO. VI)**

This Document Relates to:                          Civil Action No.: MDL 875

**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

NORMAND BLIER, JR., EXECUTOR FOR          Civil Action No.: 3:00 CV 02187 (CFD)
THE ESTATE OF NORMAND BLIER, ET AL.

     PLAINTIFFS

VS.

JOHN CRANE, INC. and VIACOM, INC.,
SUCCESSOR IN INTEREST BY MERGER TO
CBS CORPORATION FKA WESTINGHOUSE          JANUARY 5, 2004
ELECTRIC CORP., PENN.

     DEFENDANTS

**PLAINTIFF'S MOTION TO DISMISS**

Pursuant to the provisions of Rule 41 (a)(2) of the Federal Rules of Civil Procedure,

Plaintiff,  **ROBERT LeFEBVRE AND INGA LeFEBVRE,** hereby moves that this action, insofar

as it relates to **Defendant VIACOM, INC., SUCCESSOR IN INTEREST BY MERGER TO**

**CBS CORPORATION FKA WESTINGHOUSE ELECTRIC COPR., PENN.,** be dismissed

with prejudice and without costs.  Defendants have no objection to the granting of this Motion.

THE PLAINTIFF(S),


By: _____
　　Lindalea P. Ludwick, Esq.
　　Early, Ludwick & Sweeney, L.L.C.
　　P. O. Box 1866
　　New Haven, CT 06508-1866
　　(203) 777-7799
　　Federal Bar No. ct 20906



THE DEFENDANT,
VIACOM INC., SUCCESSOR BY MERGER
TO CBS CORPORATION f/k/a
WESTINGHOUSE ELECTRIC
CORPORATION



By:_____
　　Thomas F. Maxwell, Jr. (ct00132)
　　Pullman & Comley, LLC
　　850 Main Street, P.O. Box 7006
　　Bridgeport, CT  06601-7006
　　Telephone: (203) 330-2000
　　Facsimile (203) 576-8888
　　E-mail: tmaxwell@pullcom.com

2

CERTIFICATION

   This is to certify that a copy of the foregoing Motion was sent via U.S. Mail, postage prepaid, to all counsel of record this 5th day of January, 2004.


Lindalea P. Ludwick, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, P.O. Box 1866
New Haven, CT 06508-1866


Lois Ann Frankforter, Esq.
Law Office of Michael Brodinsky
2750 Dixwell Avenue
P.O. Box 187289
Hamden, CT 06518


             _____
             Thomas F. Maxwell, Esq.

BPRT/58211.100/DALLEGRA/502373v1