### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

<u>IN RE ASBESTOS PRODUCTS</u>

**LIABILITY LITIGATION (NO. VI)**

**This Document Relates to:**                                   **Civil Action No.: MDL 875**

### UNITED STATES DISTRICT COURT
### FOR THE
### DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NORMAND BLIER, JR., EXECUTOR FOR THE ESTATE OF NORMAND BLIER, ET AL.** | **Civil Action No.: 3:00 CV 02187 (CFD)** |
|     **PLAINTIFFS** | |
| **VS.** | |
| **JOHN CRANE, INC. and VIACOM, INC., SUCCESSOR IN INTEREST BY MERGER TO CBS CORPORATION FKA WESTINGHOUSE ELECTRIC CORP., PENN.** | **JANUARY 5, 2004** |
|     **DEFENDANTS** | |

### PLAINTIFF'S MOTION TO DISMISS

Pursuant to the provisions of Rule 41 (a)(2) of the Federal Rules of Civil Procedure,

Plaintiff, **DAVID VAILETTE, EXECUTOR FOR THE ESTATE OF ANTHONY**

**VAILETTE,** hereby moves that this action, insofar as it relates to **Defendant VIACOM, INC.,**

**SUCCESSOR IN INTEREST BY MERGER TO CBS CORPORATION FKA**

**WESTINGHOUSE ELECTRIC COPR., PENN.,** be dismissed with prejudice and without costs.

Defendants have no objection to the granting of this Motion.

                                  THE PLAINTIFF(S),

                              By: _____
                                  Lindalea P. Ludwick, Esq.
                                  Early, Ludwick & Sweeney, L.L.C.
                                  P. O. Box 1866
                                  New Haven, CT 06508-1866
                                  (203) 777-7799
                                  Federal Bar No. ct 20906

                                  THE DEFENDANT,
                                  VIACOM INC., SUCCESSOR BY MERGER
                                  TO CBS CORPORATION f/k/a
                                  WESTINGHOUSE ELECTRIC
                                  CORPORATION

                              By:_____
                                Thomas F. Maxwell, Jr. (ct00132)
                                Pullman & Comley, LLC
                                850 Main Street, P.O. Box 7006
                                Bridgeport, CT  06601-7006
                                Telephone: (203) 330-2000
                                Facsimile (203) 576-8888
                                E-mail: tmaxwell@pullcom.com

CERTIFICATION

      This is to certify that a copy of the foregoing Motion was sent via U.S. Mail, postage prepaid, to all counsel of record this 5th day of January, 2004.

Lindalea P. Ludwick, Esq.
Early, Ludwick & Sweeney, L.L.C.
265 Church Street, P.O. Box 1866
New Haven, CT 06508-1866

Lois Ann Frankforter, Esq.
Law Office of Michael Brodinsky
2750 Dixwell Avenue
P.O. Box 187289
Hamden, CT 06518

                                        _____
                                        Thomas F. Maxwell, Esq.

BPRT/58211.100/DALLEGRA/502371v1