UNITED STATES DISTRICT COURT
FOR THE Eastern District of Pennsylvania

IN RE: ASBESTOS PRODUCTS : MDL 875
    LIABILITY LITIGATION :
    ALL ACTIONS :
    (See attached schedule for case list) :

## TRANSFER ORDER NO. 57

The Court hereby ORDERS the Clerk of the District Court for the Eastern District of Pennsylvania, the Transferee Court, to initiate the procedures for the transfer of MDL–875 cases from the District Court of Connecticut, the Transferor Court, in accordance with the terms of this Court's Administrative Order No. 11, a copy of which is attached hereto.

The effective date of transfer is upon entry of this order.

                                **BY THE COURT**

                                s/JAMES T. GILES
                              **JAMES T. GILES, J.**

Date: 8–6–07