**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA**

**OFFICE OF THE CLERK OF COURT**

**Rule 5.1.2 of the Local Rules of Civil Procedure
Electronic Case Filing**

**Validation of Signature Form**

Pursuant to Rule 5.1.2, Electronic Case Filing, all attorneys who have been excused from registering as an ECF Filing User, as defined in the ECF Procedures set forth in Rule 5.1.2, are required to complete this *Validation of Signature* form validating his or her signature for submission of filings on disk in portable document format (PDF), so that the filings may be entered into the District Court's ECF system. The document on disk must be accompanied by a courtesy copy of the document in paper format for use by the court. Attorneys who complete this form will receive a signature code which must be used by the attorney on the signature line of all courtesy copies submitted with a disk. The document as submitted on the disk will constitute the original document under Section 3 of Local Civil Rule 5.1.2.
**(Please Print or Type)**

First Name: _____    Middle Initial/Name: _____

Last Name: _____    Generation (i.e., Sr., Jr.) _____

Firm: _____    Bar Id No. and State: _____

Address: _____

Address: _____

City: _____    State: _____    Zip Code _____

Telephone No: (___) _____    FAX No: (___) _____

E-mail Address: _____

Are you admitted to practice in the Eastern District of Pennsylvania?
    ☐ Yes          ☐ No
    If yes, are you a member in good standing?
    ☐ Yes          ☐ No

Are you admitted to practice pro hac vice in the Eastern District of Pennsylvania?
    ☐ Yes          ☐ No

4/07

Are you registered as an ECF Filing User in the Eastern District of Pennsylvania?

☐ Yes            ☐ No

If no, would you like to also register as an ECF Filing User in the Eastern District of Pennsylvania?
☐ Yes            ☐ No

***By submitting this registration form, the undersigned agrees/consents to the following:***

1. I have read and understood the provisions of Rule 5.1.2 of the Local Rules of Civil Procedure, *Electronic Case Filing*, and the court's *ECF Procedures* set forth in Rule 5.1.2, and I agree to abide by all provisions set forth therein.

2. I agree that this form constitutes my signature for filings which must be submitted on disk in portable document format (PDF), as required by Section 3 of Rule 5.1.2, *Electronic Case Filing*. I understand that I will be provided with a signature code which I must use on the signature line of all courtesy copies submitted with a disk   I have read and understood the provisions of Rule 11 of the Federal Rules of Civil Procedure, and I agree that my signature code used on the signature line of all courtesy copies submitted with a disk will serve as my signature for purposes of Rule 11. I further understand that the document as submitted on the disk will constitute the original document under Section 3 of Local Civil Rule 5.1.2.

3. I understand and agree that service of process will be made in accordance with those provisions set forth in Rule 5 of the Federal Rules of Civil Procedure.

*I hereby certify that the above information is true and correct and I am a member in good standing of the United States District Court for the Eastern District of Pennsylvania.*

| Signature | Date |
|---|---|

Please return completed form by U.S. Mail to:   Michael E. Kunz
U.S. District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797